# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DARRYL SCHULTZ

VERSUS

JEFFREY L. DAUTERIVE, RON
SPORL, INC. AND NATIONAL
LIABILITY & FIRE INSURANCE
COMPANY

NO.  2022 CW 1268

**MARCH 6, 2023**

---

In Re:    Jeffrey L. Dauterive, Ron Sporl, Inc., and National
          Liability & Fire Insurance Company, applying for
          supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 715492.

---

**BEFORE:    WELCH, PENZATO, AND LANIER, JJ.**

   **WRIT DENIED.**
                          **AHP**
                          **WIL**

   **Welch,  J.,** dissents  and  would  grant  the  writ.  See
e.g. **Poche v. National Union Fire Insurance Co.,** 2017-1696 (La.
App. 1st Cir. 4/30/18), 2018 WL 2018540; **Casby v. National Union
Fire  Insurance  Co.  of  Pittsburgh,  PA,** 2022-0271  (La.  App.  1st
Cir. 6/6/22), 2022 WL 2015600.

COURT OF APPEAL, FIRST CIRCUIT

_a.S.u_

---
DEPUTY CLERK OF COURT
    FOR THE COURT